■ BEAUTIS PRODUCTS CO., INC., Appellant, v CHROMATIC CORPORATION, Respondent.—Order, Supreme Court, New York County, entered on Decem-

ber 11, 1978, unanimously affirmed, without prejudice to renewal of a motion for summary judgment after completion of disclosure. Respondent shall recover of appellant $75 costs and disbursements of this appeal. No opinion. Concur—Sandler, J. P., Sullivan, Bloom, Markewich and Silverman, JJ.